UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMIE REBORN, | ) | |
| Plaintiff(s), | ) ) | Case No. 2:15-cv-02036-GMN-NJK |
| vs. | ) ) | ORDER |
| NEVADA STATE EDUCATION ASSOCIATION (NSEA), et al.,, | ) ) ) | (Docket No. 23) |
| Defendant(s). | ) ) | |

Pending before the Court is a stipulation to delay the requirement to file a discovery plan pending resolution of Defendants' motions to dismiss. Docket No. 23. The Court construes the stipulation as one seeking to stay discovery. "The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending." *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011). Instead, parties seeking to stay discovery pending resolution of a dispositive motion must file a proper request addressing the relevant standards. *See Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013) (outlining applicable standards). The pending stipulation fails to do so, and is hereby **DENIED** without prejudice.

No later than January 23, 2016, the parties shall file either a proper request to stay discovery addressing the relevant standards or a discovery plan.

IT IS SO ORDERED.

DATED: January 19, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge