UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAIME REBORN, ) | |
|              Plaintiff(s), ) | Case No. 2:15-cv-02036-GMN-NJK |
| vs. ) | ORDER |
| NEVADA STATE EDUCATION ) ASSOCIATION NSEA, ) | (Docket No. 26) |
|              Defendant(s). ) | |

Pending before the Court is Defendants' joint motion to stay discovery pending resolution of their motions to dismiss. *See* Docket No. 26; *see also* Docket Nos. 5, 9 (motions to dismiss). Plaintiff filed a response and Defendants filed a reply. Docket Nos. 27, 28. Considering the applicable standards, *see Kor Media Group, LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the Court finds sufficient cause to stay discovery in this case. The motion is therefore **GRANTED**. In the event that the motions to dismiss are not granted in full, the parties shall file a joint proposed discovery plan within 14 days of issuance of the order resolving those motions.

IT IS SO ORDERED.

DATED: January 28, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge